COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                 FORT
WORTH 

 

                                        NO.
2-05-317-CV

 

IN THE INTEREST OF M.F., A
CHILD

 

 

 

                                               ----------

             FROM THE 89TH
DISTRICT COURT OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

On January 25, 2006, we notified appellant that his brief had not been
filed as required by TEX. R. APP. P.
38.6(a).  We stated we would dismiss the
appeal for want of prosecution unless appellant or any party desiring to
continue this appeal filed with the court within ten days a response showing
grounds for continuing the appeal.  We
have not received any response.

 








Because appellant=s brief has not been filed, we dismiss the appeal for want of
prosecution.  See TEX. R. APP. P. 38.8(a), 42.3(b).

Appellant shall pay all costs of this appeal, for which let execution
issue.

 

PER CURIAM               

 

 

PANEL D:   CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED: February 16, 2006

 











[1]See Tex. R. App. P. 47.4.